Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/24/2014**

**Chapter 13 Case # 11-38815**

Re:  DAVID C. PAPACHIMONAS  
     1 BLACK BEAR COURT  
     HAMBURG,  NJ  07419

     EDYTA PAPACHIMONAS

Atty: RALPH A. FERRO, JR., ESQ.  
     66 EAST MAIN STREET - 3RD FLOOR  
     LITTLE FALLS, NJ  07424

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $19,200.00**

## RECEIPTS AS OF 01/24/2014    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/04/2011 | $320.00 | 18877019872 | 12/02/2011 | $320.00 | 18674098121 |
| 01/04/2012 | $320.00 | 19436677525 | 02/02/2012 | $320.00 | 19436679876 |
| 03/05/2012 | $320.00 | 19951262065 | 04/04/2012 | $320.00 | 18674082270 |
| 05/03/2012 | $320.00 | 19842393475 | 05/30/2012 | $320.00 | 19940587727 |
| 06/20/2012 | $320.00 | 19518260286 | 08/06/2012 | $320.00 | 20170076938 |
| 09/05/2012 | $320.00 | 19518268318 | 10/10/2012 | $320.00 | 19518269984 |
| 11/13/2012 | $320.00 | 14524629271 | 12/04/2012 | $320.00 | 17944499621 |
| 01/02/2013 | $320.00 | 20424533657 | 02/01/2013 | $320.00 | 20446365497 |
| 03/08/2013 | $320.00 | 20424542387 | 04/04/2013 | $320.00 | 20424549532 |
| 05/20/2013 | $320.00 | 21108254130 | 06/06/2013 | $320.00 | 20424547541 |
| 06/25/2013 | $320.00 | 21108257010 | 07/24/2013 | $320.00 | 21108257526 |
| 08/23/2013 | $320.00 | 21057034972 | 09/27/2013 | $320.00 | 21108269160 |
| 10/23/2013 | $320.00 | 21108266987 | 12/02/2013 | $320.00 | 21057044106 |
| 12/30/2013 | $320.00 | 21057045838 | | | |

**Total Receipts: $8,640.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,640.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/24/2014    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACURA FINANCIAL SERVICES | | | | | | |
| | 01/18/2012 | $118.21 | 642,975 | 02/14/2012 | $59.11 | 645,108 |
| | 03/21/2012 | $118.21 | 647,076 | 05/16/2012 | $59.10 | 652,733 |
| | 06/18/2012 | $121.41 | 655,003 | 07/16/2012 | $28.55 | 655,739 |
| AMERICAN EXPRESS BANK | | | | | | |
| | 12/17/2012 | $5.62 | 668,287 | 05/20/2013 | $5.53 | 679,799 |
| | 09/16/2013 | $5.70 | 687,138 | | | |

**Chapter 13 Case # 11-38815**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | |
| | 07/16/2012 | $5.59 | 657,204 | 09/07/2012 | $16.13 | 661,417 |
| | 10/15/2012 | $10.37 | 663,713 | 11/13/2012 | $10.35 | 665,958 |
| | 12/17/2012 | $10.44 | 668,288 | 01/22/2013 | $20.80 | 670,677 |
| | 02/19/2013 | $10.40 | 672,889 | 04/15/2013 | $10.40 | 677,297 |
| | 05/20/2013 | $10.40 | 679,800 | 06/17/2013 | $10.77 | 680,627 |
| | 07/12/2013 | $21.51 | 682,813 | 08/09/2013 | $10.71 | 684,992 |
| | 09/16/2013 | $10.74 | 687,140 | 10/21/2013 | $10.46 | 689,622 |
| | 11/18/2013 | $10.47 | 692,094 | 01/16/2014 | $20.93 | 696,378 |
| ASSET ACCEPTANCE | | | | | | |
| | 12/17/2012 | $5.10 | 668,321 | 05/20/2013 | $5.00 | 679,831 |
| | 09/16/2013 | $5.17 | 687,208 | | | |
| DISCOVER BANK | | | | | | |
| | 09/07/2012 | $8.85 | 661,595 | 11/13/2012 | $8.47 | 666,124 |
| | 01/22/2013 | $12.73 | 670,852 | 04/15/2013 | $8.49 | 677,467 |
| | 06/17/2013 | $8.63 | 681,031 | 07/12/2013 | $8.76 | 683,203 |
| | 09/16/2013 | $8.76 | 687,640 | 11/18/2013 | $8.53 | 692,528 |
| | 01/16/2014 | $8.54 | 696,857 | | | |
| EAST BAY FUNDING | | | | | | |
| | 10/15/2012 | $6.90 | 663,909 | 01/22/2013 | $8.95 | 670,860 |
| | 05/20/2013 | $6.71 | 679,977 | 07/12/2013 | $6.94 | 683,223 |
| | 10/21/2013 | $6.86 | 690,142 | 01/16/2014 | $6.76 | 696,884 |

**Chapter 13 Case # 11-38815**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP | | | | | | | |
| | 07/16/2012 | $7.54 | 657,385 | | 07/16/2012 | $7.67 | 657,385 |
| | 07/16/2012 | $10.49 | 657,385 | | 08/09/2012 | $5.69 | 659,410 |
| | 08/09/2012 | $7.01 | 659,410 | | 08/09/2012 | $7.12 | 659,410 |
| | 08/09/2012 | $5.79 | 659,410 | | 08/09/2012 | $7.91 | 659,410 |
| | 09/07/2012 | $16.02 | 661,604 | | 09/07/2012 | $8.47 | 661,604 |
| | 09/07/2012 | $8.61 | 661,604 | | 09/07/2012 | $16.30 | 661,604 |
| | 09/07/2012 | $22.28 | 661,604 | | 10/15/2012 | $13.99 | 663,910 |
| | 10/15/2012 | $7.40 | 663,910 | | 10/15/2012 | $7.52 | 663,910 |
| | 10/15/2012 | $14.23 | 663,910 | | 10/15/2012 | $19.46 | 663,910 |
| | 11/13/2012 | $7.41 | 666,133 | | 11/13/2012 | $7.55 | 666,133 |
| | 11/13/2012 | $14.29 | 666,133 | | 11/13/2012 | $19.53 | 666,133 |
| | 11/13/2012 | $6.14 | 666,133 | | 11/13/2012 | $14.04 | 666,133 |
| | 12/17/2012 | $14.04 | 668,471 | | 12/17/2012 | $7.42 | 668,471 |
| | 12/17/2012 | $7.53 | 668,471 | | 12/17/2012 | $14.27 | 668,471 |
| | 12/17/2012 | $19.51 | 668,471 | | 01/22/2013 | $28.06 | 670,861 |
| | 01/22/2013 | $14.84 | 670,861 | | 01/22/2013 | $15.10 | 670,861 |
| | 01/22/2013 | $28.54 | 670,861 | | 01/22/2013 | $39.03 | 670,861 |
| | 02/19/2013 | $6.01 | 673,051 | | 02/19/2013 | $5.22 | 673,051 |
| | 02/19/2013 | $14.03 | 673,051 | | 02/19/2013 | $7.42 | 673,051 |
| | 02/19/2013 | $7.54 | 673,051 | | 02/19/2013 | $14.29 | 673,051 |
| | 02/19/2013 | $19.51 | 673,051 | | 04/15/2013 | $14.03 | 677,475 |
| | 04/15/2013 | $7.43 | 677,475 | | 04/15/2013 | $7.54 | 677,475 |
| | 04/15/2013 | $14.26 | 677,475 | | 04/15/2013 | $19.52 | 677,475 |
| | 05/20/2013 | $14.03 | 679,978 | | 05/20/2013 | $7.42 | 679,978 |
| | 05/20/2013 | $7.54 | 679,978 | | 05/20/2013 | $14.27 | 679,978 |
| | 05/20/2013 | $19.51 | 679,978 | | 06/17/2013 | $14.53 | 681,054 |
| | 06/17/2013 | $5.30 | 681,054 | | 06/17/2013 | $7.68 | 681,054 |
| | 06/17/2013 | $7.81 | 681,054 | | 06/17/2013 | $14.78 | 681,054 |
| | 06/17/2013 | $20.21 | 681,054 | | 07/12/2013 | $7.66 | 683,226 |
| | 07/12/2013 | $28.96 | 683,226 | | 07/12/2013 | $15.32 | 683,226 |
| | 07/12/2013 | $15.57 | 683,226 | | 07/12/2013 | $29.46 | 683,226 |
| | 07/12/2013 | $40.28 | 683,226 | | 08/09/2013 | $14.51 | 685,443 |
| | 08/09/2013 | $7.64 | 685,443 | | 08/09/2013 | $7.80 | 685,443 |
| | 08/09/2013 | $14.77 | 685,443 | | 08/09/2013 | $20.16 | 685,443 |
| | 09/16/2013 | $14.48 | 687,671 | | 09/16/2013 | $7.66 | 687,671 |
| | 09/16/2013 | $7.78 | 687,671 | | 09/16/2013 | $14.73 | 687,671 |
| | 09/16/2013 | $20.14 | 687,671 | | 10/21/2013 | $5.28 | 690,147 |
| | 10/21/2013 | $14.04 | 690,147 | | 10/21/2013 | $7.46 | 690,147 |
| | 10/21/2013 | $7.58 | 690,147 | | 10/21/2013 | $14.28 | 690,147 |
| | 10/21/2013 | $19.60 | 690,147 | | 11/18/2013 | $7.48 | 692,548 |
| | 11/18/2013 | $7.59 | 692,548 | | 11/18/2013 | $14.41 | 692,548 |
| | 11/18/2013 | $19.63 | 692,548 | | 11/18/2013 | $6.12 | 692,548 |
| | 11/18/2013 | $14.17 | 692,548 | | 01/16/2014 | $28.23 | 696,888 |
| | 01/16/2014 | $14.93 | 696,888 | | 01/16/2014 | $15.18 | 696,888 |
| | 01/16/2014 | $28.72 | 696,888 | | 01/16/2014 | $39.26 | 696,888 |
| ECAST SETTLEMENT CORPORATION | | | | | | | |
| | 11/13/2012 | $6.21 | 666,136 | | 02/19/2013 | $6.10 | 673,053 |
| | 07/12/2013 | $7.76 | 683,228 | | 08/09/2013 | $5.36 | 685,444 |
| | 11/18/2013 | $6.20 | 692,550 | | | | |
| EQUABLE ASCENT FINANCIAL LLC | | | | | | | |
| | 07/16/2012 | $20.23 | 657,399 | | 08/09/2012 | $6.15 | 659,422 |
| | 08/09/2012 | $15.26 | 659,422 | | 09/07/2012 | $7.44 | 661,613 |
| | 09/07/2012 | $42.96 | 661,613 | | 10/15/2012 | $6.50 | 663,922 |
| | 10/15/2012 | $37.52 | 663,922 | | 11/13/2012 | $37.66 | 666,145 |
| | 11/13/2012 | $6.52 | 666,145 | | | | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | | | | | | | |
| | 01/18/2012 | $473.15 | 643,353 | | 02/14/2012 | $236.57 | 645,453 |
| | 03/21/2012 | $473.15 | 647,468 | | 05/16/2012 | $236.58 | 651,623 |
| | 06/18/2012 | $485.95 | 653,789 | | 07/16/2012 | $114.27 | 656,072 |

**Chapter 13 Case # 11-38815**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| GALAXY PORTFOLIOS LLC | | | | | | | |
| | 09/07/2012 | $5.29 | 660,273 | | 11/13/2012 | $5.06 | 664,834 |
| | 01/22/2013 | $7.61 | 669,418 | | 04/15/2013 | $5.07 | 676,104 |
| | 06/17/2013 | $5.17 | 681,170 | | 07/12/2013 | $5.23 | 683,343 |
| | 09/16/2013 | $5.23 | 687,806 | | 11/18/2013 | $5.10 | 692,666 |
| | 01/16/2014 | $5.10 | 697,006 | | | | |
| GRANITE RECOVERY LLC | | | | | | | |
| | 12/17/2012 | $37.62 | 668,538 | | 12/17/2012 | $6.52 | 668,538 |
| LAKELAND BANK | | | | | | | |
| | 07/16/2012 | $9.33 | 656,286 | | 08/09/2012 | $7.04 | 658,403 |
| | 09/07/2012 | $19.81 | 660,463 | | 10/15/2012 | $17.30 | 662,701 |
| | 11/13/2012 | $17.37 | 665,001 | | 12/17/2012 | $17.35 | 667,262 |
| | 01/22/2013 | $34.71 | 669,611 | | 02/19/2013 | $17.35 | 671,979 |
| | 04/15/2013 | $17.35 | 676,282 | | 05/20/2013 | $17.35 | 678,656 |
| | 06/17/2013 | $17.97 | 681,407 | | 07/12/2013 | $35.82 | 683,585 |
| | 08/09/2013 | $17.92 | 685,788 | | 09/16/2013 | $17.91 | 688,090 |
| | 10/21/2013 | $17.43 | 690,566 | | 11/18/2013 | $17.46 | 692,900 |
| | 01/16/2014 | $34.97 | 697,267 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 08/09/2012 | $6.33 | 659,547 | | 09/07/2012 | $7.64 | 661,747 |
| | 10/15/2012 | $6.68 | 664,062 | | 11/13/2012 | $6.68 | 666,272 |
| | 12/17/2012 | $5.61 | 668,615 | | 12/17/2012 | $6.70 | 668,615 |
| | 01/22/2013 | $13.40 | 671,009 | | 02/19/2013 | $6.69 | 673,178 |
| | 04/15/2013 | $6.70 | 677,612 | | 05/20/2013 | $6.70 | 680,109 |
| | 05/20/2013 | $5.51 | 680,109 | | 06/17/2013 | $6.93 | 681,447 |
| | 07/12/2013 | $13.82 | 683,625 | | 08/09/2013 | $6.91 | 685,825 |
| | 09/16/2013 | $6.91 | 688,140 | | 09/16/2013 | $5.71 | 688,140 |
| | 10/21/2013 | $6.73 | 690,609 | | 11/18/2013 | $6.74 | 692,943 |
| | 01/16/2014 | $13.47 | 697,311 | | | | |
| Marie-Ann Greenberg | | | | | | | |
| | 01/18/2012 | $48.64 | 643,603 | | 02/14/2012 | $24.32 | 646,774 |
| | 03/21/2012 | $48.64 | 8,000,000 | | 05/16/2012 | $24.32 | 8,000,002 |
| | 06/18/2012 | $32.64 | 8,000,003 | | 07/16/2012 | $14.84 | 8,000,004 |
| | 08/09/2012 | $6.62 | 8,000,005 | | 09/07/2012 | $9.20 | 8,000,006 |
| | 10/15/2012 | $20.00 | 8,000,007 | | 11/13/2012 | $21.37 | 8,000,008 |
| | 12/17/2012 | $20.71 | 8,000,009 | | 01/22/2013 | $41.18 | 8,000,010 |
| | 02/19/2013 | $20.78 | 8,000,011 | | 04/15/2013 | $20.52 | 8,000,014 |
| | 05/20/2013 | $21.15 | 8,000,016 | | 06/17/2013 | $11.45 | 8,000,019 |
| | 07/12/2013 | $22.60 | 8,000,023 | | 08/09/2013 | $10.74 | 8,000,027 |
| | 09/16/2013 | $11.65 | 8,000,031 | | 10/21/2013 | $18.50 | 8,000,035 |
| | 11/18/2013 | $19.40 | 8,000,039 | | 01/16/2014 | $36.81 | 8,000,047 |
| MIDLAND CREDIT MANAGEMENT | | | | | | | |
| | 07/16/2012 | $6.54 | 657,555 | | 09/07/2012 | $18.86 | 661,769 |
| | 10/15/2012 | $12.13 | 664,085 | | 11/13/2012 | $12.11 | 666,294 |
| | 12/17/2012 | $12.19 | 668,635 | | 01/22/2013 | $24.32 | 671,035 |
| | 02/19/2013 | $12.17 | 673,199 | | 04/15/2013 | $12.17 | 677,636 |
| | 05/20/2013 | $12.16 | 680,133 | | 06/17/2013 | $12.60 | 681,512 |
| | 07/12/2013 | $25.11 | 683,689 | | 08/09/2013 | $12.52 | 685,893 |
| | 09/16/2013 | $12.55 | 688,213 | | 10/21/2013 | $12.26 | 690,683 |
| | 11/18/2013 | $12.24 | 693,007 | | 01/16/2014 | $24.47 | 697,380 |

**Chapter 13 Case # 11-38815**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 01/22/2013 | $13.03 | 670,650 | | 01/22/2013 | $10.71 | 670,650 |
| | 01/22/2013 | $75.25 | 670,650 | | 02/19/2013 | $5.37 | 672,866 |
| | 02/19/2013 | $37.64 | 672,866 | | 02/19/2013 | $6.52 | 672,866 |
| | 04/15/2013 | $5.36 | 677,271 | | 04/15/2013 | $37.63 | 677,271 |
| | 04/15/2013 | $6.52 | 677,271 | | 05/20/2013 | $5.36 | 679,767 |
| | 05/20/2013 | $37.63 | 679,767 | | 05/20/2013 | $6.52 | 679,767 |
| | 06/17/2013 | $5.55 | 680,533 | | 06/17/2013 | $38.97 | 680,533 |
| | 06/17/2013 | $6.75 | 680,533 | | 07/12/2013 | $11.06 | 682,715 |
| | 07/12/2013 | $77.67 | 682,715 | | 07/12/2013 | $13.45 | 682,715 |
| | 08/09/2013 | $5.52 | 684,890 | | 08/09/2013 | $38.74 | 684,890 |
| | 08/09/2013 | $6.73 | 684,890 | | 09/16/2013 | $5.53 | 688,217 |
| | 09/16/2013 | $38.83 | 688,217 | | 09/16/2013 | $6.73 | 688,217 |
| | 10/21/2013 | $5.38 | 690,688 | | 10/21/2013 | $37.92 | 690,688 |
| | 10/21/2013 | $6.55 | 690,688 | | 11/18/2013 | $5.40 | 693,012 |
| | 11/18/2013 | $37.85 | 693,012 | | 11/18/2013 | $6.56 | 693,012 |
| | 01/16/2014 | $10.78 | 697,383 | | 01/16/2014 | $75.83 | 697,383 |
| | 01/16/2014 | $13.11 | 697,383 | | | | |
| NJHESAA | | | | | | | |
| | 07/16/2012 | $11.72 | 656,467 | | 08/09/2012 | $8.84 | 658,575 |
| | 09/07/2012 | $24.88 | 660,663 | | 10/15/2012 | $21.73 | 662,898 |
| | 11/13/2012 | $21.80 | 665,197 | | 12/17/2012 | $21.78 | 667,464 |
| | 01/22/2013 | $43.57 | 669,815 | | 02/19/2013 | $21.80 | 672,159 |
| | 04/15/2013 | $21.79 | 676,486 | | 05/20/2013 | $21.79 | 678,874 |
| | 06/17/2013 | $22.56 | 681,630 | | 07/12/2013 | $44.98 | 683,814 |
| | 08/09/2013 | $22.51 | 686,019 | | 09/16/2013 | $22.49 | 688,364 |
| | 10/21/2013 | $21.88 | 690,832 | | 11/18/2013 | $21.92 | 693,138 |
| | 01/16/2014 | $43.92 | 697,514 | | | | |
| PORTFOLIO INVESTMENTS I LLC | | | | | | | |
| | 08/09/2012 | $5.06 | 659,632 | | 09/07/2012 | $6.12 | 661,838 |
| | 10/15/2012 | $5.34 | 664,160 | | 11/13/2012 | $5.35 | 666,362 |
| | 12/17/2012 | $5.36 | 668,703 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/17/2013 | $5.15 | 681,759 | | 07/12/2013 | $5.62 | 683,948 |
| WELLS FARGO OPERATIONS CENTER | | | | | | | |
| | 07/16/2012 | $54.23 | 657,800 | | 08/09/2012 | $40.91 | 659,810 |
| | 09/07/2012 | $115.15 | 662,027 | | 10/15/2012 | $100.56 | 664,361 |
| | 11/13/2012 | $100.91 | 666,548 | | 12/17/2012 | $100.84 | 668,897 |
| | 01/22/2013 | $201.72 | 671,315 | | 02/19/2013 | $100.86 | 673,441 |
| | 04/15/2013 | $100.85 | 677,896 | | 05/20/2013 | $100.85 | 680,396 |
| | 06/17/2013 | $104.44 | 682,475 | | 07/12/2013 | $208.18 | 684,653 |
| | 08/09/2013 | $104.20 | 686,931 | | 09/16/2013 | $104.09 | 689,429 |
| | 10/21/2013 | $101.29 | 691,881 | | 11/18/2013 | $101.47 | 694,048 |
| | 01/16/2014 | $202.91 | 698,519 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 498.01 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ACURA FINANCIAL SERVICES | VEHICLE SECURE | 354.63 | 100.00% | 354.63 | |
| 0003 | ADVOCARE VERNON PED | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 7,185.64 | * | 200.47 | |
| 0007 | BLMDSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BMW FINANCIAL SERVICES NA, LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0009 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | DISCOVER BANK | UNSECURED | 2,930.45 | * | 81.76 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0020 | MIDLAND FUNDING LLC | UNSECURED | 3,700.73 | * | 103.25 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 294.69 | * | 5.62 | |
| 0025 | HSS COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | FEDERAL NATIONAL MORTGAGE ASSOC | MORTGAGE ARRE | 2,019.67 | 100.00% | 2,019.67 | |
| 0029 | JEFFERSON CAPITAL SYST | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | LVNV FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | MIDLAND FUNDING LLC | UNSECURED | 25,990.85 | * | 725.21 | |
| 0032 | LAKELAND BANK | UNSECURED | 11,986.04 | * | 334.44 | |
| 0033 | LIFELINE MEDICAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | GALAXY PORTFOLIOS LLC | UNSECURED | 1,751.32 | * | 48.86 | |
| 0037 | MIDATLANTIC NEONATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | MIDLAND FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | MORRISTOWN MEMORIAL HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | MORRISTOWN PATHOLOGY ASSOC | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | NATIONAL LOAN RECOVERIES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | LVNV FUNDING LLC | UNSECURED | 4,625.13 | * | 129.03 | |
| 0048 | PRACTICE ASSOC MED GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | NJHESAA | UNSECURED | 15,050.71 | * | 419.96 | |
| 0054 | WELLS FARGO OPERATIONS CENTER | UNSECURED | 69,662.98 | * | 1,943.46 | |
| 0055 | WELLS FARGO | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | EAST BAY FUNDING | UNSECURED | 1,545.51 | * | 43.12 | |
| 0060 | AMERICAN EXPRESS BANK | UNSECURED | 763.49 | * | 16.85 | |
| 0061 | ECAST SETTLEMENT CORP | UNSECURED | 1,037.92 | * | 25.93 | |
| 0062 | ECAST SETTLEMENT CORPORATION | UNSECURED | 260.51 | * | 5.36 | |
| 0063 | ECAST SETTLEMENT CORP | UNSECURED | 446.01 | * | 10.50 | |
| 0064 | ECAST SETTLEMENT CORP | UNSECURED | 9,691.81 | * | 270.39 | |
| 0065 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,051.36 | * | 26.27 | |
| 0066 | ECAST SETTLEMENT CORP | UNSECURED | 329.16 | * | 5.30 | |
| 0067 | ECAST SETTLEMENT CORP | UNSECURED | 5,125.15 | * | 142.99 | |
| 0068 | ECAST SETTLEMENT CORP | UNSECURED | 5,210.24 | * | 145.36 | |
| 0069 | ECAST SETTLEMENT CORP | UNSECURED | 9,859.49 | * | 275.06 | |
| 0070 | ECAST SETTLEMENT CORP | UNSECURED | 13,478.81 | * | 376.03 | |
| 0071 | MIDLAND FUNDING LLC | UNSECURED | 4,502.05 | * | 125.60 | |
| 0072 | ASSET ACCEPTANCE | UNSECURED | 692.03 | * | 15.27 | |
| 0073 | LVNV FUNDING LLC | UNSECURED | 762.24 | * | 16.83 | |
| 0074 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 8,402.21 | * | 234.40 | |
| 0075 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 320.02 | * | 5.15 | |

**Total Paid: $8,604.78**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17 , 2014.

Receipts: $8,640.00    -    Paid to Claims: $8,106.77    -    Admin Costs Paid: $498.01    =    Funds on Hand: $35.22

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.